STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351        AND FILED ON        12/18/2007

| | |
|---|---|
| THOMAS KEMPKES<br><br>            Vs.<br><br>MARY C. MARVIN, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                                        ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____1/14/2008_____ at _____6:57PM_____, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES                    (herein called
recipient)     MARY C. MARVIN, BOARD MEMBER
                                                                                                                                          therein named.
At Location:  VILLAGE BOARD MEETING
                        200 PONDFIELD ROAD
                        BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  **FM**    Color of Skin  **WH**    Color of Hair        **BLONDE**

Age  **50**    Height  **5'4"**    Weight    **135**

         Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on _____1/15/2008_____

_____                                              _____
                                                                                                       Joseph Vallone
                                                                                                       Server's License#:  1100190

20/0

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351 AND FILED ON 12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:51PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served (recipient): GLENN D. BELLITO, BOARD MEMBER (herein called therein named.
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M  Color of Skin WH  Color of Hair BLACK
Age 45  Height 5'11"  Weight 230
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 1/15/2008

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:52PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served (recipient): ROBERT J. UNDERHILL, BOARD MEMBER (a/k/a Robert Underhill)   (herein called therein named.
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M     Color of Skin  WH     Color of Hair  BROWN
Age  50    Height  6'2"          Weight  200
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 1/15/2008

_____           _____
                                          Joseph Vallone
                                          Server's License#: 1100190

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES                                                              Plaintiff(s)/Petitioner(s)

                                    Vs.

MARY C. MARVIN, ET AL                                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:55PM__, deponent did serve the within process as follows:

Process Served:
Party Served: (recipient)   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
                            ANNE W. POORMAN, BOARD MEMBER                            (herein called
                                                                                      therein named.
At Location:    VILLAGE BOARD MEETING
                200 PONDFIELD ROAD
                BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin __WH__   Color of Hair            __BLOND__
Age  __45__   Height __5'4"__         Weight   __130__
              Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___1/15/2008___

_____          _____
                                        Joseph Vallone
                                        Server's License#: 1100190

2 of 0

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES    Plaintiff(s)/Petitioner(s)

Vs.

MARY C. MARVIN, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK )    SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:50PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
recipient) WILLIAM H. BARTON, BOARD MEMBER (herein called therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__    Color of Skin __WH__    Color of Hair __BRONW/BALD__

Age __42__    Height __5'11"__    Weight __175__

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __1/15/2008__

_____

Joseph Vallone

Server's License#: __1100190__

GAIL ~~~~~
Notary ~~~~~

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES

Vs.    Plaintiff(s)/Petitioner(s)

MARY C. MARVIN, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/26/2007__ at __11:10AM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

VILLAGE OF BRONXVILLE, N.Y.    (herein called recipient) therein named.

At Location: 200 PONDFIELD ROAD

BRONXVILLE NY 10708

By delivering to and leaving with __JULIE CAGLIOSTRO__ and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BLACK

Age 30/40    Height 5'8"

Weight 140    Other Features

Sworn to before me on __12/27/2007__

John Axelrod

Server's License#:

2010