STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

| THOMAS KEMPKES | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| MARY C. MARVIN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                                          ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:57PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES   (herein called
recipient)   MARY C. MARVIN, BOARD MEMBER
At Location: VILLAGE BOARD MEETING                                                      therein named.
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  **FM**     Color of Skin  **WH**    Color of Hair    **BLONDE**
Age  **50**     Height  **5'4"**         Weight   **135**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on   1/15/2008

_____                    _____
                                                                  Joseph Vallone
                                                                  Server's License#:   1100190

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351          AND FILED ON          12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:51PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
(recipient) GLENN D. BELLITO, BOARD MEMBER          (herein called therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __M__   Color of Skin  __WH__   Color of Hair          __BLACK__
Age  __45__  Height  __5'11"__       Weight                 __230__
             Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on __1/15/2008__

_____          _____
                                    Joseph Vallone
                                    Server's License#: __1100190__

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____1/14/2008_____ at _____6:52PM_____, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
(recipient)   ROBERT J. UNDERHILL, BOARD MEMBER (a/k/a Robert Underhill)    (herein called
At Location:  VILLAGE BOARD MEETING                                          therein named.
              200 PONDFIELD ROAD
              BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M    Color of Skin   WH    Color of Hair        BROWN
Age   50   Height          6'2"  Weight        200
           Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____1/15/2008_____

_[signature]_                           _[signature]_
                                        Joseph Vallone
                                        Server's License#: 1100190

2010

STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351         AND FILED ON         12/18/2007

THOMAS KEMPKES                                                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

MARY C. MARVIN, ET AL                                                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                                      ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:55PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES                    (herein called
recipient) ANNE W. POORMAN, BOARD MEMBER
                                                                                                                    therein named.
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_    Color of Skin _WH_    Color of Hair    _BLOND_
Age _45_    Height _5'4"_         Weight _130_
            Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __1/15/2008__

_____                        _____
                                                              Joseph Vallone
                                                              Server's License#: 1100190

2 of 10

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351     AND FILED ON     12/18/2007

THOMAS KEMPKES     Plaintiff(s)/Petitioner(s)

Vs.

MARY C. MARVIN, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
    ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:50PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
recipient) WILLIAM H. BARTON, BOARD MEMBER     (herein called therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__     Color of Skin __WH__     Color of Hair __BRONW/BALD__

Age __42__     Height __5'11"__     Weight __175__

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __1/15/2008__

_[signature]_ Gail Williams
GAIL WILLIAMS
Notary Public

_[signature]_ Joseph Vallone

Server's License#: __1100190__

2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351        AND FILED ON        12/18/2007

| | | |
|---|---|---|
| THOMAS KEMPKES | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| MARY C. MARVIN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                               SS
COUNTY OF WESTCHESTER          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/26/2007__ at __11:10AM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
VILLAGE OF BRONXVILLE, N.Y.                    (herein called recipient)
                                                therein named.
At Location: 200 PONDFIELD ROAD

BRONXVILLE NY 10708

By delivering to and leaving with __JULIE CAGLIOSTRO__ and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM          Color of Skin WH          Color of Hair BLACK
Age 30/40       Height 5'8"
Weight 140                  Other Features

Sworn to before me on __12/27/2007__

_____                    _____
                                              John Axelrod
                                              Server's License#:

2010