STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351  AND FILED ON  12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:57PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MARY C. MARVIN, BOARD MEMBER (herein called recipient)
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLONDE
Age  50   Height  5'4"   Weight  135
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 1/15/2008

_____

Joseph Vallone
Server's License#: 1100190

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV11351        AND FILED ON        12/18/2007

| THOMAS KEMPKES | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| MARY C. MARVIN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____1/14/2008_____ at _____6:51PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES                 (herein called
(recipient)        GLENN D. BELLITO, BOARD MEMBER                                    therein named.

At Location:       VILLAGE BOARD MEETING
                   200 PONDFIELD ROAD
                   BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BLACK |
| Age | 45 | Height | 5'11" | Weight | | 230 |
| | | Other Features | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____1/15/2008_____

_Gary Williams_ (signature)

_Joseph Vallone_ (signature)
Joseph Vallone
Server's License#:   1100190

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:52PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
(recipient) ROBERT J. UNDERHILL, BOARD MEMBER (a/k/a Robert Underhill)   (herein called therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  WH   Color of Hair  BROWN
Age  50  Height  6'2"   Weight  200
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  1/15/2008

Joseph Vallone
Server's License#: 1100190

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES   Plaintiff(s)/Petitioner(s)

Vs.

MARY C. MARVIN, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                                            ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On ___1/14/2008___ at ___6:55PM___, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES   (herein called
recipient)   ANNE W. POORMAN, BOARD MEMBER
                                                                                            therein named.
At Location:   VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __WH__   Color of Hair   __BLOND__
Age  __45__   Height  __5'4"__   Weight   __130__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___1/15/2008___

_____   _____
                                                                Joseph Vallone
                                                                Server's License#: 1100190

201o

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:50PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
(recipient) WILLIAM H. BARTON, BOARD MEMBER   (herein called therein named.)

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BRONW/BALD__
Age __42__   Height __5'11"__   Weight __175__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 1/15/2008

_____
Gail Williams
Notary Public

Joseph Vallone
Server's License#: 1100190

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351     AND FILED ON     12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
    SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/26/2007 at 11:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF BRONXVILLE, N.Y.     (herein called recipient) therein named.

At Location: 200 PONDFIELD ROAD

BRONXVILLE NY 10708

By delivering to and leaving with JULIE CAGLIOSTRO and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin WH     Color of Hair BLACK
Age 30/40     Height 5'8"
Weight 140     Other Features

Sworn to before me on 12/27/2007

John Axelrod
Server's License#:

2010