STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351  AND FILED ON  12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:57PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MARY C. MARVIN, BOARD MEMBER  (herein called recipient)
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__  Color of Skin __WH__  Color of Hair __BLONDE__
Age __50__  Height __5'4"__  Weight __135__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __1/15/2008__

[signature]

Joseph Vallone
Server's License#: 1100190

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK      )
                        ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:51PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served (recipient): GLENN D. BELLITO, BOARD MEMBER
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

(herein called therein named.)

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair    BLACK
Age  45   Height  5'11"        Weight    230
          Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  1/15/2008

_____
Joseph Vallone
Server's License#: 1100190

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES   Plaintiff(s)/Petitioner(s)

Vs.

MARY C. MARVIN, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:52PM__, deponent did serve the within process as follows:

Process Served:
Party Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES   (herein called recipient)
                ROBERT J. UNDERHILL, BOARD MEMBER (a/k/a Robert Underhill)   therein named.

At Location:    VILLAGE BOARD MEETING
                200 PONDFIELD ROAD
                BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BROWN__
Age __50__  Height __6'2"__         Weight __200__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __1/15/2008__

_(signature)_

Joseph Vallone
Server's License#: __1100190__

2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351        AND FILED ON        12/18/2007

THOMAS KEMPKES                                          Plaintiff(s)/Petitioner(s)

                                Vs.

MARY C. MARVIN, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____1/14/2008_____ at _____6:55PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES         (herein called
recipient)       ANNE W. POORMAN, BOARD MEMBER                              therein named.

At Location:     VILLAGE BOARD MEETING
                 200 PONDFIELD ROAD
                 BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_    Color of Skin  _WH_    Color of Hair         _BLOND_
Age  _45_    Height  _5'4"_         Weight        _130_
             Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on _____1/15/2008_____

_[signature]_                                           _[signature]_
                                                        Joseph Vallone
                                                        Server's License#:  1100190

2 0/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:50PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
(recipient) WILLIAM H. BARTON, BOARD MEMBER

(herein called therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair    BRONW/BALD
Age  42   Height  5'11"        Weight  175
         Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 1/15/2008

_____           _____
                                    Joseph Vallone
                                    Server's License#: 1100190

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351     AND FILED ON     12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/26/2007 at 11:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF BRONXVILLE, N.Y. (herein called recipient) therein named.

At Location: 200 PONDFIELD ROAD
BRONXVILLE NY 10708

By delivering to and leaving with JULIE CAGLIOSTRO and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin WH     Color of Hair BLACK

Age 30/40     Height 5'8"

Weight 140     Other Features

Sworn to before me on 12/27/2007

John Axelrod

Server's License#:

2010