STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351     AND FILED ON     12/18/2007

| | |
|---|---|
| THOMAS KEMPKES<br><br>Vs.<br><br>MARY C. MARVIN, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                          )
                                                                              ss
COUNTY OF WESTCHESTER                               )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:57PM__, deponent did serve the within process as follows:

Process Served:
Party Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES            (herein called
recipient)     MARY C. MARVIN, BOARD MEMBER
                                                                                                    therein named.
At Location:   VILLAGE BOARD MEETING
               200 PONDFIELD ROAD
               BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __WH__   Color of Hair   __BLONDE__

Age  __50__   Height  __5'4"__   Weight   __135__

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __1/15/2008__

_[signature]_

_[signature]_
Joseph Vallone
Server's License#:  __1100190__

20/0

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV11351 | AND FILED ON 12/18/2007 |

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:51PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: GLENN D. BELLITO, BOARD MEMBER   (herein called recipient)
therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  BLACK
Age  45   Height  5'11"   Weight  230
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 1/15/2008

_[signature]_

Joseph Vallone

Server's License#: 1100190

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351        AND FILED ON        12/18/2007

THOMAS KEMPKES                                                          Plaintiff(s)/Petitioner(s)

Vs.

MARY C. MARVIN, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____1/14/2008_____ at _____6:52PM_____, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES                  (herein called
(recipient)   ROBERT J. UNDERHILL, BOARD MEMBER (a/k/a Robert Underhill)          therein named.

At Location:  VILLAGE BOARD MEETING
              200 PONDFIELD ROAD
              BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M     Color of Skin   WH     Color of Hair    BROWN
Age   50    Height          6'2"   Weight           200
      Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____1/15/2008_____

_Duly [signature]_                              _[signature]_
                                                Joseph Vallone
                                                Server's License#:  1100190

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:55PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
recipient)    ANNE W. POORMAN, BOARD MEMBER
                                                                        (herein called
At Location:  VILLAGE BOARD MEETING
              200 PONDFIELD ROAD                                        therein named.
              BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_   Color of Skin  _WH_   Color of Hair      _BLOND_
Age  _45_   Height  _5'4"_        Weight    _130_
            Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on   __1/15/2008__

_[signature]_                           _[signature]_
                                        Joseph Vallone
                                        Server's License#:  _1100190_

2 of 0

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV11351     AND FILED ON     12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served (herein called therein named):
recipient) WILLIAM H. BARTON, BOARD MEMBER

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__    Color of Skin __WH__    Color of Hair __BRONW/BALD__

Age __42__    Height __5'11"__    Weight __175__

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 1/15/2008

_____
Gail Williams

GAIL ...
Notary P...

Joseph Vallone

Server's License#: 1100190

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) 
COUNTY OF WESTCHESTER )  SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/26/2007 at 11:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF BRONXVILLE, N.Y.      (herein called recipient) therein named.

At Location: 200 PONDFIELD ROAD
BRONXVILLE NY 10708

By delivering to and leaving with JULIE CAGLIOSTRO and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BLACK
Age 30/40    Height 5'8"
Weight 140    Other Features

Sworn to before me on  12/27/2007

_____

John Axelrod
Server's License#:

2010