STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351   AND FILED ON   12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/14/2008 at 6:57PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MARY C. MARVIN, BOARD MEMBER (herein called recipient)
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM     Color of Skin  WH     Color of Hair     BLONDE
Age  50     Height  5'4"          Weight  135
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on   1/15/2008

_____          _____
                                   Joseph Vallone
                                   Server's License#:  1100190

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV11351 | AND FILED ON      12/18/2007 |

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                            ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  1/14/2008  at  6:51PM , deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served (recipient): GLENN D. BELLITO, BOARD MEMBER
At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

(herein called therein named.)

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M     Color of Skin  WH     Color of Hair  BLACK
Age  45    Height  5'11"         Weight  230
           Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  1/15/2008

_____

Joseph Vallone

Server's License#: 1100190

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351        AND FILED ON        12/18/2007

| THOMAS KEMPKES | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| MARY C. MARVIN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK               )
                                  ) SS
COUNTY OF WESTCHESTER            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____1/14/2008_____ at _____6:52PM_____, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES        (herein called
(recipient) ROBERT J. UNDERHILL, BOARD MEMBER (a/k/a Robert Underhill)        therein named.

At Location: VILLAGE BOARD MEETING
200 PONDFIELD ROAD
BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  **M**    Color of Skin  **WH**    Color of Hair    **BROWN**
Age  **50**   Height  **6'2"**    Weight    **200**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____1/15/2008_____

[signature]                              [signature]
                                         Joseph Vallone
                                         Server's License#: __1100190__

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES

Vs.                                          Plaintiff(s)/Petitioner(s)

MARY C. MARVIN, ET AL                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:55PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES     (herein called
recipient) ANNE W. POORMAN, BOARD MEMBER                             therein named.

At Location:  VILLAGE BOARD MEETING
              200 PONDFIELD ROAD
              BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __WH__   Color of Hair         __BLOND__
Age  __45__   Height  __5'4"__        Weight      __130__
              Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___1/15/2008___

_[signature]_                           _[signature]_
                                        Joseph Vallone
                                        Server's License#: 1100190

2 O/O

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351    AND FILED ON    12/18/2007

THOMAS KEMPKES

Vs.

MARY C. MARVIN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                             ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/14/2008__ at __6:50PM__, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
(recipient)      WILLIAM H. BARTON, BOARD MEMBER                         (herein called

At Location:     VILLAGE BOARD MEETING                                    therein named.
                 200 PONDFIELD ROAD
                 BRONXVILLE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __M__   Color of Skin  __WH__   Color of Hair   __BRONW/BALD__
Age  __42__  Height  __5'11"__        Weight  __175__
             Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __1/15/2008__

_____           _____
                                    Joseph Vallone
                                    Server's License#:  __1100190__

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11351         AND FILED ON         12/18/2007

| THOMAS KEMPKES | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| MARY C. MARVIN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/26/2007__ at __11:10AM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
VILLAGE OF BRONXVILLE, N.Y.                          (herein called recipient)
                                                      therein named.
At Location: 200 PONDFIELD ROAD

BRONXVILLE NY 10708

By delivering to and leaving with __JULIE CAGLIOSTRO__ and that deponent knew the person so served to be the  AUTHORIZED CLERK

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM           Color of Skin  WH         Color of Hair  BLACK

Age  30/40        Height  5'8"

Weight  140                 Other Features

Sworn to before me on __12/27/2007__

_____                           _____
                                                     John Axelrod
                                                     Server's License#:

2010