AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____   DISTRICT OF   NEW YORK _____

THOMAS KEMPKES,
                        Plaintiff,
    -against-

MARY C. MARVIN, individually,
GLENN D. BELLITO, individually,
ROBERT J. UNDERHILL, individually,
ANNE W. POORMAN, individually,
WILLIAM H. BARTON, individually,
and the VILLAGE OF BRONXVILLE, N.Y.,

                    Defendants.

**APPEARANCE**

Case Number: 07-CV-11351

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants:

Mary C. Marvin, individually
Glenn D. Bellito, individually
Robert J. Underhill, individually
Anne W. Poorman, individually
William H. Barton, individually, and
the Village of Bronxville

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 20, 2008 | _[signature]_ |
| Date | Signature |
| | Howard M. Miller      HMM: 4538 |
| | Print Name      Bar Number |
| | 1399 Franklin Avenue, Suite 200 |
| | Address |
| | Garden City, New York 11530 |
| | City    State    Zip Code |
| | (516) 267-6300      (516) 267-6301 |
| | Phone Number      Fax Number |