UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____     │
│ DATE FILED: _____       │
└─────────────────────────────┘
```

THOMAS KEMPKES,

               Plaintiff,

   -v-

MARY C. MARVIN, et al.,

               Defendants.

Case No. 07-CV-11351 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

     The Parties' counsel appeared before the Court on March 6, 2008 for a pre-motion conference. During the conference, the Court set the following schedule:

     By not later than March 14, 2008, Plaintiff's counsel is to file an amended complaint. Defendants' counsel will have until March 28, 2008 to submit a letter to the Court explaining why Defendants have a viable motion to dismiss the amended complaint. Plaintiff's counsel is to respond in a letter to the Court by not later than April 11, 2008. The Parties' counsel are to appear before the Court for a conference on April 25, 2008 at 12:00 P.M. Defendants' time to answer is stayed until April 25, 2008.

SO ORDERED.

Dated:     March 11, 2008
          White Plains, New York


KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE