AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF  NEW YORK _____

THOMAS KEMPKES,
                                Plaintiff,
   -against-

MARY C. MARVIN, individually,
GLENN D. BELLITO, individually,
ROBERT J. UNDERHILL, individually,
ANNE W. POORMAN, individually,
WILLIAM H. BARTON, individually,
and the VILLAGE OF BRONXVILLE, N.Y.,

                               Defendants.

**APPEARANCE**

Case Number: 07-CV-11351

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants:

Mary C. Marvin, individually
Glenn D. Bellito, individually
Robert J. Underhill, individually
Anne W. Poorman, individually
William H. Barton, individually, and
the Village of Bronxville

I certify that I am admitted to practice in this court.

March 7, 2008 _____
Date

_____ (signature)
Signature

Jessica C. Satriano          JS0981
Print Name                 Bar Number

1399 Franklin Avenue, Suite 200
Address

Garden City, New York  11530
City           State         Zip Code

(516) 267-6300        (516) 267-6301
Phone Number          Fax Number