**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
hmiller@bsk.com

April 9, 2008

**VIA FAX: (914) 390-4152**

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse Room 630
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   *Thomas Kempkes v. Mary C. Marvin, et al.*, 07-CV-11351 (KMK)

Dear Judge Karas:

We represent the Defendants in the above referenced matter. Alicia of your Chambers granted permission to fax this letter to the Court.

Pursuant to the Court's March 6, 2008 Order, a conference is currently scheduled in this matter for April 25, 2008 at 12:00 p.m. I am going to be on vacation on that date, however, and consequently will be unable to attend the conference. We have spoken with Plaintiff's counsel, Jonathan Lovett, and he consents to a brief adjournment of the conference. Both Mr. Lovett and I are available to appear before the Court on either May 5, 2008 or May 9, 2008. We therefore request that the April 25 conference be adjourned to either of those dates, or as soon thereafter as may be convenient for the Court.

Thank you for your attention to this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

cc:   Jonathan Lovett, Esq. (via fax)

*The conference is adjourned until May 8, 2008, at 11:45*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/14/08

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ▪ Phone: 516-267-6300 ▪ Fax: 516-267-6301 ▪ www.bsk.com

59945 1 4/9/2008