

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

JESSICA C. SATRIANO
Direct: 516-267-6332
jsatriano@bsk.com

July 28, 2008

**VIA FAX: (914) 390-4152**

Hon. Kenneth M. Karas
United States District Court, S.D.N.Y.
United States Courthouse
300 Quarropas St., Room 533
White Plains, New York 10601

Re:   *Kempkes v. Marvin, et al.*, 07-cv-11351 (KMK)

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dear Judge Karas:

We represent the Defendants in the above referenced matter. Alicia from your chambers granted permission to fax this letter to the Court.

Please be advised that Plaintiff's counsel has consented to an extension of time by which Defendants may serve their reply brief on the pending motion to dismiss the amended complaint from August 1, 2008 to August 8, 2008. Defendants have not made any prior request for an extension of time to serve their reply.

Thank you for your attention to this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Jessica C. Satriano*

Jessica C. Satriano

Enclosure

cc:   Drita Nicaj, Esq. (via fax)

Granted.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
7/28/08

---

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ▪ Phone: 516-267-6300 ▪ Fax: 516-267-6301 ▪ www.bsk.com

61047.1 7/28/2008