UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THOMAS KEMPKES,

                                    Plaintiff,

        – against –                                    07-cv-11351 (KMK)

MARY C. MARVIN, individually, GLENN D.                 **NOTICE OF MOTION**
BELLITO, individually, ROBERT J. UNDERHILL,
individually, ANNE W. POORMAN, individually,
WILLIAM H. BARTON, individually, and the VILLAGE
OF BRONXVILLE, N.Y.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law dated
June 16, 2008 and the Affidavit of Howard M. Miller dated June 16, 2008, Defendant will move
this Court, before the Honorable Kenneth M. Karas, at the United States Courthouse located at
300 Quarropas Street White Plains, New York 10601 at such time as to be determined by this
Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing
the First Amended Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the May 8, 2008 order of Judge
Kenneth M. Karas, papers in opposition to this motion must be served on Defendants' counsel on
or before July, 18, 2008.  Defendants' reply shall be served on Plaintiffs' counsel on or before
August 1, 2008, at which time Defendants' shall file all papers submitted by Defendants in
support of this motion.

60605.1 6/16/2008

Dated:     Garden City, New York
           June 16, 2008

                                    Respectfully submitted,

                                    BOND, SCHOENECK & KING, PLLC

                                    By: _____
                                        Howard M. Miller (HMM:  4538)
                                        *Attorneys for the Defendants*
                                        1399 Franklin Avenue, Suite 200
                                        Garden City, New York  11530
                                        (516) 267-6300
                                        hmiller@bsk.com

TO:     Jonathan Lovett, Esq.
        LOVETT & GOULD, LLP
        *Attorneys for the Plaintiff*
        222 Bloomingdale Road
        White Plains, New York 10605

60605.1 6/16/2008

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, and/or the individual rules of practice of District Court Judge Kenneth M. Karas upon the following parties and participants:

    LOVETT & GOULD, LLP
    222 Bloomingdale Road
    White Plains, New York 10605

    Howard M. Miller (HMM4538)
    BOND, SCHOENECK & KING, PLLC
    *Attorneys for Defendants*
    1399 Franklin Avenue, Suite 200
    Garden City, New York 11530
    (516) 267-6300; hmiller@bsk.com